No. 01–272. SIMON v. BELWITH INTERNATIONAL, INC., EMPLOYEE BENEFIT PLAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–279. LECHUZA VILLAS WEST v. CALIFORNIA STATE LANDS COMMISSION ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–288. LAS VEGAS SANDS, INC., DBA SANDS HOTEL CASINO v. LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–308. GADDINI v. BONOMI. C. A. 9th Cir. Certiorari denied.

No. 01–310. HILL v. CLINTON, FORMER PRESIDENT OF THE UNITED STATES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–320. KELLER v. LARKINS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–322. ZIEGLER v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 01–364. MERMELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–379. KENTUCKY, NATURAL RESOURCES AND ENVIRONMENTAL PROTECTION CABINET, SECRETARY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–410. FOREHAND v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 01–440. BLACK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–447. DUNGAN v. MINETA, SECRETARY OF TRANSPORTATION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–461. ECHOLS v. WHITE, SECRETARY OF THE ARMY. C. A. 4th Cir. Certiorari denied.